michaelnesbittinf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL NESBITT, ) <br> ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. **06-00111** <br><br> **INFORMATION** <br><br> **THEFT OF GOVERNMENT PROPERTY** <br> [18 U.S.C. § 641] (Count I) <br> **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** <br> [18 U.S.C. § 1382] (Counts II & III) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

On or about April 25, 2006, in the District of Guam, the defendant, MICHAEL NESBITT, willfully and knowingly, did steal and purloin United States property from U.S. Naval Base Guam, of the value of less than $1000, in violation of Title 18, United States Code, Section 641.

**COUNT II - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

On or about April 25, 2006, in the District of Guam, the defendant, MICHAEL NESBITT, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title18, United State Code, Section1382.

1  **COUNT III - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

2  On or about April 27, 2006, in the District of Guam, the defendant, MICHAEL

3  NESBITT, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a

4  purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United

5  States Code, Section 641, in violation of Title18, United States Code, Section1382.

6  DATED this 4th day of December, 2006.

8  LEONARDO M. RAPADAS
   United States Attorney
9  Districts of Guam and NMI

11 By:  *[signature]*
   RYAN M. ANDERSON
12 Special Assistant U.S. Attorney

- 2 -

Case 1:06-cr-00111    Document 1    Filed 12/04/2006    Page 2 of 2