# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00111**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: Michael Nesbitt
Alias Name: _____
Address: _____
Dededo, Guam

Birthdate: xx-xx-1973   SS#: Xxx-xx-6451   Sex: M   Race: PI   Nationality: _____

**U.S. Attorney Information:**

SAUSA: Ryan Anderson

**Interpreter:** _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 3   ___ Petty _X_ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 641 | Theft of Government Property | 1 |
| Set 2 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2-3 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 12/4/06   Signature of AUSA: [signed] Ry M. And—

*RECEIVED DEC - 4 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*