ORIGINAL

1  michaelnesbittssum

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00111 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST** |
|  | ) **FOR ISSUANCE OF SUMMONS** |
| MICHAEL NESBITT, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MICHAEL NESBITT, based on an Information filed charging the defendant with one count of Theft of Government Property in violation to Title 18, United States Code, Section 641 and two counts of Entering Military, Naval, or Coast Guard Property in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 4th day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney