LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00111 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **O R D E R**<br>) **re United States' Request for**<br>) **Issuance of Summons** |
| MICHAEL NESBITT, | ) |
| Defendant. | ) |

Upon request of the Government,

IT IS SO ORDERED that a summons be issued for the Defendant to appear before the Court on December 14, 2006, at 9:30 a.m. for an initial appearance and arraignment in the above-captioned case.

   December 7, 2006
      DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**