RECEIVED
DEC 08 2006
US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**MICHAEL NESBITT**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-06-00111 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam<br>Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>        413 |
|---|---|
| | Date and Time<br>**Thursday, December 14, 2006, at 9:30 a.m.** |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **SEE BELOW**    United States Code, Section(s) _____

Brief description of offense:

18 U.S.C. § 641 - Theft of Government Property (Count I)

18 U.S.C. § 1382 - Entering Military, Naval, or Coast Guard Property (Counts II and III)

**FILED**
DISTRICT COURT OF GUAM
DEC 1 1 2006
**MARY L.M. MORAN
CLERK OF COURT**

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

*Melissa L. Trauner* (signature)
Signature of Issuing Officer

December 8, 2006
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]  Date  12/11/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Hiawata, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/11/06
         Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.