PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Grace D. Flores, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED DISTRICT COURT OF GUAM**
**DEC 19 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

[X] **Original Notice**        [ ] **Notice of Disposition**

| Date: | **December 14, 2006** | Date: | |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | |

| Defendant: | **NESBITT, Michael Leon** | Case Number: | **CRIMINAL #06-00111-001** |
| Date of Birth: | **XX-XX-1973** | Place of Birth: | **Agana Heights, Guam - USA** |
| SSN: | **XXX-XX-6451** | | |

**NOTICE OF COURT ORDER** (Order Date: **December 14, 2006** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 [ ] Not Convicted - PS40/Passport returned to defendant.
 [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
 [ ] Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:06-cr-00111   Document 11   Filed 12/19/2006   Page 1 of 1

**ORIGINAL**