michaelnesbittdism

# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN 29 2007 nbo

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>          vs.<br><br>MICHAEL NESBITT,<br><br>                               Defendant. | ) CRIMINAL CASE NO. 06-00111<br>)<br>)<br>) **MOTION TO DISMISS**<br>) **INFORMATION**<br>)<br>)<br>)<br>)<br>) |

COMES NOW the plaintiff, United States of America, by and through its undersigned

attorney, and moves that the Information in the above cause against defendant, MICHAEL

NESBITT, be dismissed, without prejudice, for the reason that the defendant has been charged by

an Information in Magistrate Case No. 07- 00006

Respectfully submitted this 26th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney