# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00111 |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL NESBITT, | ) | ORDER |
| Defendant. | ) | |

On December 14, 2006, the Court ordered the above-named defendant to surrender his passport as a condition of pretrial release. The case has since been closed, but the defendant is still on pretrial release in Magistrate Case No. 07-00006. Accordingly, the Clerk of Court is directed to release the defendant's passport to the U.S. Probation Office. The U.S. Probation Office shall retain custody of the passport pending disposition of Magistrate Case No. 07-00006.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**